## DAVOL, INC.

v.

## John SOUZA, Jr.

### No. 83-130-M.P.

Supreme Court of Rhode Island.

April 14, 1983.

John Earle, Warwick, for petitioner.

Raul L. Lovett, Providence, for respondent.

## ORDER

The petition for writ of certiorari is denied.

∎

## Benedetto A. CERILLI, Jr.

v.

## SUPERIOR COURT OF the STATE of Rhode Island, Newport County.

### No. 83-59-M.P.

Supreme Court of Rhode Island.

April 14, 1983.

Milton Stanzler, Providence, for petitioner.

Kenneth R. Neal, Providence, Michael P. Defanti, Providence, for respondent.

## ORDER

The petition for writ of certiorari is denied.

∎

## Diane GALLISON et al.

v.

## BRISTOL SCHOOL COMMITTEE.

### No. 83-39-M.P.

Supreme Court of Rhode Island.

April 14, 1983.

Natale L. Urso, Westerly, for petitioner.

Howard R. Haronian, Warwick, Vincent J. Piccirilli, Providence, for respondent.

## ORDER

The petition for writ of certiorari is granted.